Rex M. Clack, Esq. (SBN 59237)
rclack@sc-law.us
David E. Russo, Esq. (SBN 112023)
drusso@sc-law.us
STERLING, CLACK & RUSSO
A Professional Corporation
601 Van Ness Avenue, Suite 2018
San Francisco, CA  94102
Telephone:  (415) 543-5300
Facsimile:  (415) 543-3335

Attorneys for Defendant
GOLDEN GATE BRIDGE, HIGHWAY &
TRANSPORTATION DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CAHILL | Case No.: 3:15-CV-01374-JCS |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |
| vs. | |
| GOLDEN GATE BRIDGE, HIGHWAY & TRANSPORTATION DISTRICT, et al. | |
| Defendants. | |

Plaintiff RICHARD CAHILL ("Plaintiff") and Defendant GOLDEN GATE BRIDGE, HIGHWAY & TRANSPORTATION DISTRICT ("Defendant"), by and through their respective counsel of record, hereby stipulate that pursuant to Local Rule 6-1(a), defendant may have an extension of time, to and including June 11, 2015, to file an Answer to the Complaint.

Dated: 5/21/15                              STERLING, CLACK & RUSSO

                                            By: /s/ David E. Russo_____
                                            David E. Russo
                                            Attorneys for Defendant
                                            GOLDEN GATE BRIDGE, HIGHWAY &
                                            TRANSPORTATION DISTRICT

Dated: 5/21/15                              LAW OFFICES OF LYLE C. CAVIN, JR.

                                            By: /s/ Lia T. Marks_____
                                            Lia T. Marks
                                            Attorneys for Plaintiff
                                            RICHARD CAHILL

The filer of this document hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories.

21510615/P/Stip for Ext of Time to Answer Complaint

Dated: 5/22/15

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

STIPULATION FOR EXTENSION OF TIME                           Case No. 3:15-CV-01374-JCS
TO ANSWER COMPLAINT