LYLE C. CAVIN, JR., SBN 44958
LIA T. MARKS, SBN 282914
LAW OFFICES OF LYLE C. CAVIN, JR.
299 Third Street, Suite 102
Oakland, California 94607
(510) 444-2501

Attorneys for Plaintiff
Richard Cahill

UNTIED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CAHILL,<br><br>  Plaintiff,<br><br>v.<br><br>GOLDEN GATE BRIDGE, HIGHWAY &<br>TRANSPORTATION DISTRICT, et al.<br><br>  Defendants._____/ | Case No. CV-15-1374 JCS<br><br>[~~PROPOSED~~] ORDER RE<br>CONTINUANCE OF CASE<br>MANAGEMENT CONFERENCE |

IT IS ORDERED, that the existing case schedule be modified as follows:

1) That the last date to file Case Management Statements is continued from June 19, 2015 to July 17, 2015.

2) That the last day to serve Initial Disclosures is continued from June 19, 2015 to July 17, 2015.

3) That the Case Management Conference is continued from June 26, 2015 to July 24, 2015, or at a time thereafter convenient to the Court.

Dated: ~~June 11, 2015~~ June 16, 2015



JOSEPH C. SPERO, JUDGE
UNITED STATES DISTRICT COURT

_____
1
[Proposed] Order re Continuance of Case Management Conference