LYLE C. CAVIN, JR., SBN 44958
LIA T. MARKS, SBN 282914
LAW OFFICES OF LYLE C. CAVIN, JR.
535 Pacific Avenue, Suite 100
San Francisco, California 94133
Tel: (510) 444-2501
Fax: (510) 444-4209

Attorneys for Plaintiff
Richard Cahill

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD CAHILL,

   Plaintiff,

v.

GOLDEN GATE BRIDGE, HIGHWAY & TRANSPORTATION DISTRICT, et al.

   Defendants.
_____/

Case No. CV-15-1374 JCS

**STIPULATION TO AMEND COMPLAINT**

  **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, and in light of this Court's Order on Motion for Summary Judgment, that the plaintiff be permitted to file an amended complaint in the above-entitled action to allege negligence per se.

  The parties have further stipulated that this amendment is made subject to Defendant's review of the proposed amended complaint and it being consistent with the claims made in the opposition to motion for summary judgment; and that it is subject to Defendant's right to file a motion to dismiss (12(b)(6) the amended complaint.

  The amendment also corrects a defect in the original Complaint filed in this action that mistakenly alleged that plaintiff was injured on the ferry NAPA. Through subsequently discovered facts, plaintiff's counsel discovered that Cahill was injured on the ferry GOLDEN GATE.

The proposed amended complaint is attached as Exhibit 1 to this Stipulation.

Dated: April 1, 2016                    LAW OFFICES OF LYLE C. CAVIN, JR.

By ___/s/_____
   Lia Marks
   Attorneys for Plaintiff
   Richard Cahill

Dated: April 1, 2016                    STERLING & CLACK, LLP

By ___/s/_____
   David Russo
   Attorneys for Defendant
   Golden Gate Bridge Highway &
   Transportation District

Dated: April 5, 2016



IT IS SO ORDERED
Judge Joseph C. Spero

Stipulation to Amend Complaint